In re Westminster Management; LePavillon Hotel; Bilbe, Jerry C.; Bellarie, Sheila B.; Bilbe, Kathleen M.; Bilbe, Mary D.; Stedman Management Co. Inc.; Regent York Inc.; New Orleans Diamond/Jew. Whole.; Tumgemeinde Prtn. in Commendam; Hartwig Moss Ins. Agency Ltd.; W.R. Zanes & Co./LA Inc.; Zanes, W.R. & Co./LA Inc.; Bemos Investment Corp.; Six-O-One Julia Corp.; 601 Julia Corp.; T.D. Bickham Corp.; Bickham, T.D. Corp.; Aitkens Realty Co. Inc.; Lupo, Thomas J. Enterprises; Thomas J. Lupo Enterprises; New Orleans Rivercenter; International Rivercenter; Garon and Brener; Lovell, John C. Jr.; Kronlage, Charles A. Jr.; J.A. Hoemer Co. Inc.; Hoerner, J.A. Co. Inc.; Ber, James M.; Delta Theatres Inc.; Church, Thomas D.; National Meat and Provision Co; Green, A.T. Jr.; Odeco Bldg. Corp.; 210 Baronne St. Limited Prtn.; Lincoln Property Co. C.S.E. Inc.; Canaries Realty Corp.; Huger, Killian L. Jr.; Dixie Art Supplies Inc.; Place St. Charles/LA Prtn.; Grand Lodge/State of LA; Canizaro, Joseph C. Interests; Cliff Probst Inc.; Probst, Cliff Inc.; Watkins, Eben T.; FNBC Trustee; Pan-American Life Ins. Co.; applying for writ of certiorari and/or review, prohibition, mandamus, supervisory and/or remedial writs; to the Court of Appeal, Fourth Circuit, No. 88-CW-0516; Parish of Orleans, Civil District Court, Div. “G”, Nos. 87-3697, 87-3727, 87-3728, 87-3898.
Denied.
CALOGERO, J., would grant the writ.
MARCUS, J., recused.